# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 30, 2023

Lyle W. Cayce
Clerk

No. 23-40225
Summary Calendar

———————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Hubert Palacios Caicedo,

*Defendant—Appellant*.

———————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:18-CR-71-3

———————————

Before Jolly, Engelhardt, and Douglas, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Hubert Palacios Caicedo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Caicedo has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-40225

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.